PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $7,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:16-MC-00192-MCE-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimants Ellena Jackson ("Jackson") and Mike Pool ("Pool"), by and through their respective counsel, as follows:

　　　　1.　　On or about September 22, 2016, claimants Jackson and Pool filed claims in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $7,000.00 in U.S. Currency. (hereafter "defendant currency"), which was seized on July 7, 2016.

　　　　2.　　The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

　　　　3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

Stipulation to Extend Time to File Complaint

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is December 21, 2016.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 20, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 20, 2017.

Dated: 12/20/2016

PHILLIP A. TALBERT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/20/2016

/s/ Justin L. Ward
JUSTIN L. WARD
Attorney for claimants Ellena Jackson and Mike Pool
(Authorized via phone)

**ORDER**

Pursuant to the above stipulation, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 20, 2017.

IT IS SO ORDERED.

Dated:  January 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE